# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL

VERSUS

VALERO REFINING- MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER INDUSTRIES ENERGY
SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.;
JOHN DOE INSURER; and ELITE
TURNAROUND SPECIALISTS, LTD

NO.  2024 CW 1121

**NOVEMBER 27, 2024**

---

In Re:    Valero-Refining Meraux, LLC and Valero Services, Inc.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 718626.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

                          **EW**
                          **SMM**
                          **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT